HORSMAN DOLLS, INC., Respondent, v. PREMIER CORPORATION OF AMERICA, Appellant.—

518

Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.